UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Fairfield Industries Incorporated )
d/b/a FairfieldNodal, )
 )
Plaintiff, )
 )         Case No. 2:13-cv-903-JRG-RSP
 )
vs. )
 )         **JURY TRIAL DEMANDED**
 )
Wireless Seismic, Inc., )
 )
Defendant. )
_____

## SECOND AMENDED COMPLAINT

1.      This is an action for patent infringement by Fairfield Industries Incorporated d/b/a

FairfieldNodal ("Fairfield") against Wireless Seismic, Inc. ("Wireless Seismic") for infringement

of United States Patent No. 7,124,028 ("the '028 patent"), United States Patent No. 7,983,847

("the '847 patent"), United States Patent No. 8,296,068 ("the '068 patent"), and United States

Patent No. 8,644,111 ("the '111 patent")  under 35 U.S.C. § 271.

2.      Plaintiff Fairfield Industries Incorporated is a Delaware corporation with its

principal place of business at 1111 Gillingham Lane, Sugar Land, Texas 77478.

3.      On information and belief, defendant Wireless Seismic, Inc. is a Delaware

corporation with its principal place of business at 13100 Southwest Freeway, Suite 150,

Sugar Land, Texas 77478.

4.      On information and belief, Wireless Seismic's registered agent for service in

Texas is CT Corporation System, 1999 Brian Street, Suite 100, Dallas, Texas 75201.

5.     This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338.

6.     This Court has personal jurisdiction over Wireless Seismic, as Wireless Seismic does business and has committed infringing acts in this district.

7.     Venue in this district is appropriate under 28 U.S.C. §§ 1391 and 1400(b).

## COUNT I

8.     On October 17, 2006, United States Patent No. 7,124,028 ("the '028 patent") entitled "Method and System for Transmission of Seismic Data" was duly and legally issued to Fairfield Industries, Inc., with Clifford H. Ray and Glenn D. Fisseler as inventors.  Fairfield is the owner of all right, title and interest in and to the '028 patent.  A copy of the '028 patent is attached as **Exhibit A**.

9.     Wireless Seismic's actions in making, using, selling and offering to sell the products known as the RT 1000 and/or the RT System 2 infringe at least claims 1-22, 24-31, 34-39, 41, 42 and 46-49 of the '028 patent, both literally and under the doctrine of equivalents.

10.     Fairfield has given Wireless Seismic written notice of infringement of the '028 patent by the RT1000 and RT System 2 at least as early as June 15, 2012, as part of negotiations and related discussions regarding Wireless Seismic's potential licensing of the '028 patent from Fairfield.

11.     Wireless Seismic's actions in making, using, selling and offering to sell the RT 1000 and/or the RT System 2 and in actively inducing others to use or sell the RT 1000 and/or RT System 2 in the United States constitutes active inducement of at least claims 1-22,

2

24-31, 34-39, 41, 42 and 46-49 of the '028 patent in violation of 35 U.S.C. § 271(b), both literally and under the doctrine of equivalents.

12.     Wireless Seismic, in actively inducing others to use or sell the RT 1000 and/or RT System 2 in the United States, specifically intends its customers to infringe the '028 patent, and knows that its customers' acts constitute infringement, as evidenced in its October 17, 2010 press release "Wireless Seismic Unveils RT 1000 Wireless System With Real-time Data Retrieval," wherein Wireless Seismic states:

> The RT 1000 acquires data in real-time just as conventional cabled systems do, but with all the advantages of the new cableless systems. With small, lightweight acquisition units and a structured radio-link backhaul architecture, the RT 1000 is scalable so that it can be configured for small 2-D surveys or large 3-D surveys.
>
> At the heart of the RT 1000 system is the Wireless Remote Unit (WRU), a sophisticated data acquisition unit with a radio link. Weighing only seven pounds when configured with both batteries, deployment of the WRU is quick to learn and easy to accomplish, substantially reducing the operational costs and HSE risks long associated with conventional seismic acquisition. Virtually invisible, the WRU has no environmental impact, reducing permit and landowner issues. The lightweight WRU is also stackable, so that crew mobilization and demobilization is quick and easy as well.

Also, as evidenced in its May 31, 2012 press release "Wireless Seismic Launches RT System 2," wherein Wireless Seismic states:

> Wireless Seismic, Inc. announced today the launch of RT System 2, a significantly upgraded version of the RT 1000 system that scales to 10,000+ channel configurations. RT System 2 delivers the flexibility and reduced operating costs inherent in cable-less systems along with the well-understood advantages of real-time cabled systems, including data security and data visibility. Seismic contractors no longer need to sacrifice real-time data return and risk compromising the quality and security of their data to get access to a high channel-count, cable-less system.
>
> "The RT System 2 builds on the proven technology of the RT 1000 system," states Mick Lambert, President and COO of Wireless

3

Seismic. "During the more than two dozen deployments of the RT 1000 in the Americas and Europe over the last couple of years, many of our clients have told us how much they liked the functionality and ease of use of the RT 1000 system. The primary request from these clients has been for a version of the system that can scale to very large channel counts. The RT System 2 is our response to these requests."

And, as evidenced in its September 17, 2013 press release "Wireless Seismic Announces First Sale of 3-Channel RT System 2 to a Major Oilfield Service Company," wherein Wireless Seismic states:

Wireless Seismic, Inc., the leading innovator of real-time and cable-less seismic data acquisition systems for the oil and gas industry, announced today the first sale of its 3-channel RT System 2 seismic data acquisition system to a major oilfield service company.  The 3-channel RT System 2 will be used on passive seismic monitoring projects, initially in the North American region.

The 3-channel wireless remote unit (3D-WRU) operates without cables and with ultra-low power consumption, in the same manner as Wireless Seismic's 1-channel WRU.  An extension to the company's proprietary 2.4 GHz radio technology has been developed that supports the transmission of seismic data from multiple channels housed within a single WRU and with geophones deployed at multiple depths.  With the addition of the 3C-WRU, RT System 2 can be deployed with a mixture of 1C and/or 3C surface arrays and 3C near-surface buried arrays, at scale, all managed interactively from a single central control system.

13.    Wireless Seismic has offered to sell and sold, and continues to offer and sell, the RT 1000 and/or the RT System 2 in the United States for use in practicing at least claims 1-22, 24-31, 34-39, 41, 42 and 46-49 of the '028 patent.  Wireless Seismic did so knowing that RT 1000 and/or RT System 2 are especially made and especially adapted for use in infringing at least claims 1-22, 24-31, 34-39, 41, 42 and 46-49 of the '028 patent and are not staple articles or commodities of commerce suitable for any substantial noninfringing use.

4

14.     The RT 1000 and/or the RT System 2 has no other non-infringing use as demonstrated by the description of the use and purpose of the RT 1000 and/or RT System 2 in the Wireless Seismic product announcement press releases quoted in ¶ 12, and as further demonstrated by the RT System 2 Technical Overview available at http://wirelessseismic.com/downloads/RTS2TechOverview.pdf, wherein Wireless Seismic describes the RT System 2 as a "seismic data acquisition system" with "data acquisition modules," an "infrastructure to transmit the seismic data from the distributed modules (using wireless telemetry instead of cables)" where the "core acquisition unit is the Wireless Remote Unit (WRU)" utilizing "a two-way radio" where "the range between WRUs is short" and "[e]ach individual WRU receives data from the WRU further downstream and then sends both data sets upstream to the next WRU" using "a technique called 'Frequency Hopping Spread Spectrum'" which allows the transmitters to "jump among the available channels."

15.     Accordingly, Wireless Seismic is liable to Fairfield as a contributory infringer of the '028 patent under 35 U.S.C. § 271(c), both literally and under the doctrine of equivalents.

16.     Wireless Seismic induces, and contributes to, the direct infringement of the '028 patent by its customers and end-users of the RT 1000 and/or the RT System 2, including but not limited to: West Bay Geophysical, Inc., headquartered in Traverse City Michigan, as described in its May 22, 2013 press release "Wireless Seismic Announces Sale of RT System 2 to West Bay Geophysical;" Seismic Equipment Solutions, headquartered in Houston, Texas, as described in its August 1, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Seismic Equipment Solutions;" Atlas Geophysics LLC, based in Newcastle, Texas, as described in its September 10, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Atlas Geophysics;" and, Zonge, purchaser of the RT 1000 in Boulder, Colorado, as described

5

in its November 8, 2010 press release "Wireless Seismic Announces Sale of Two RT 1000

Systems to Zonge."  Wireless Seismic induces, and contributes to, the direct infringement by its

several other customers and end users identified in its several press releases available at:

http://wirelessseismic.com/news.

17.    Wireless Seismic's actions in supplying or causing to be supplied in or from the

United States, without authority, the RT 1000 and/or the RT System 2 and in actively inducing

others to use the RT 1000 and/or RT System 2 outside the United States constitutes active

inducement of at least claims 1-22, 24-31, 34-39, 41, 42 and 46-49 of the '028 patent in violation

of 35 U.S.C. § 271(f)(1), both literally and under the doctrine of equivalents.

18.    Wireless Seismic, in actively inducing others to use the RT 1000 and/or RT

System 2 outside the United States, specifically intends its customers to infringe the '028 patent,

and knows that its customers' acts constitute infringement, as described in ¶ 12 above, and as

evidenced by: (1) its September 20, 2012 press release "Wireless Seismic Announces First

International RT System 2 Sale to Asian Oilfield Services Limited" wherein Wireless Seismic

announces the sale of the RT System 2 to Asian Oilfield Services, Ltd. based in Gurgaon, India,

its May 16, 2013 press release "Wireless Seismic Delivers 7,500-Channel RT System 2 to Asian

Oilfield Services Limited" wherein Wireless Seismic announces the delivery of the RT System 2

to Asian Oilfield Services, Ltd., its October 16, 2013 press release "Wireless Seismic, Inc.

Announces World Record for Real-Time Wireless Recording of Seismic Data" wherein Wireless

Seismic announces the use of the RT System 2 by Asian Oilfield Services, Ltd. in the Kurdish

Autonomous Region of Iraq (Kurdistan), its September 23, 2013 press release "Despite

Challenges, Kurdistan Survey Successful" wherein Wireless Seismic provides photographic

images of the RT System 2 deployed in Kurdistan and describes its practices that "[o]ne or more

6

[Wireless Seismic] field service engineers are sent out with every system purchased until the customer is skilled enough to take over . . .", and its June 12, 2014 press release "ASIAN and Wireless Seismic Set World Record for Real-Time Wireless Recording of Seismic Data" wherein Wireless Seismic announces the use of the RT System 2 by Asian Oilfield Services, Ltd. in 2014 in Kurdistan; (2) its February 12, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Dawson Geophysical" wherein Wireless Seismic announces the purchase of its RT System 2 by Dawson Geophysical and describes Dawson Geophysical as "a leading provider of seismic data acquisition and processing" in Canada; (3) its August 1, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Seismic Equipment Solutions" wherein Wireless Seismic announces the purchase of its RT System 2 by Seismic Equipment Solutions and describes Seismic Equipment Solutions as "a global leader in seismic equipment rentals" with "offices in Bogota, Colombia, and Calgary, Alberta, along with representatives in Moscow, London, and Jakarta"; (4) its July 31, 2013 press release "LoneStar Geophysical Canada and Wireless Seismic, Inc. Announce Collaboration in Canada" wherein Wireless Seismic announces a collaboration to provide the RT System 2 to LoneStar Geophysical Canada, headquartered in Calgary, Canada; (5) its May 29, 2014 press release "Gazprom Neft Pioneers Russian Implementation of 'Green' Seismic Survey" wherein Wireless Seismic announces the use of its RT System 2 by Gazprom Neft "during the spring of 2014 . . . in YNAD" [the Yamal-Nenets Autonomous District of Russia]; and (6) its June 17, 2014 press release "Wireless Seismic, Inc. and Geopartner Announce Purchase of RT System 2" wherein Wireless Seismic announces the purchase of its RT System 2 by Geopartner Sp. z o.o. based in Krakow Poland and Wireless Seismic's then-CEO Roy Kligfield further states the "sale to Geopartner marks the latest expansion in RT System 2's global reach."

7

19.     Wireless Seismic supplies and is causing to be supplied in or from the United States, without authority, the RT 1000 and/or the RT System 2 for use in practicing at least claims 1-22, 24-31, 34-39, 41, 42 and 46-49 of the '028 patent, by its customers and end-users including but not limited to the customers and end-users of the RT 1000 and/or the RT System 2 as described in ¶ 18.  Wireless Seismic does so knowing that the RT 1000 and/or the RT System 2 are especially made and especially adapted for use in infringing at least claims 1-22, 24-31, 34-39, 41, 42 and 46-49 of the '028 patent and are not staple articles or commodities of commerce suitable for any substantial noninfringing use, and Wireless Seismic intends that the RT 1000 and/or the RT System 2 will be used outside of the United States.

20.     The RT 1000 and/or the RT System 2 has no other non-infringing use as described in ¶ 14, and as further demonstrated by the technical literature available at http://wirelessseismic.com/literature wherein Wireless Seismic makes available both Russian and Chinese language versions of the literature.

21.     Accordingly, Wireless Seismic is liable to Fairfield as an infringer of the '028 patent under 35 U.S.C. § 271(f)(2), both literally and under the doctrine of equivalents.

22.     Wireless Seismic's infringing acts are willful in that Wireless Seismic had and has knowledge of Fairfield's rights under the '028 patent since at least June 15, 2012 when Fairfield provided Wireless Seismic with written notice of infringement.  Wireless Seismic nonetheless infringes, and actively induces and contributes to infringement by others of, at least claims 1-22, 24-31, 34-39, 41, 42 and 46-49 of the '028 patent.

23.     Wireless Seismic's infringement of the '028 patent has caused and will continue to cause Fairfield substantial damages and irreparable harm for which there is no adequate remedy at law.

8

## COUNT II

24.     On July 19, 2011, United States Patent No. 7,983,847 ("the '847 patent") entitled "Method and System for the Transmission of Seismic Data" was duly and legally issued to Fairfield Industries, Incorporated, with Clifford H. Ray and Glenn D. Fisseler as inventors. Fairfield is the owner of all right, title and interest in and to the '847 patent.  A copy of the '847 patent is attached as **Exhibit B**.

25.     Wireless Seismic's actions in making, using, selling and offering to sell the RT 1000 and/or the RT System 2 infringe at least claims 1-5 and 7-18 of the '847 patent, both literally and under the doctrine of equivalents.

26.     Fairfield has given Wireless Seismic written notice of infringement of the '847 patent by the RT1000 and RT System 2 at least as early as June 15, 2012, as part of negotiations and related discussions regarding Wireless Seismic's potential licensing of the '847 patent from Fairfield.

27.     Wireless Seismic's actions in making, using, selling and offering to sell the RT 1000 and/or the RT System 2 and in actively inducing others to use or sell the RT 1000 and/or the RT System 2 in the United States constitutes active inducement of at least claims 1-5 and 7-18 of the '847 patent in violation of 35 U.S.C. § 271(b), both literally and under the doctrine of equivalents.

28.     Wireless Seismic, in actively inducing others to use or sell the RT 1000 and/or RT System 2 in the United States, specifically intends its customers to infringe the '847 patent, and knows that its customers' acts constitute infringement, as evidenced in its October 17, 2010 press release "Wireless Seismic Unveils RT 1000 Wireless System With Real-time Data Retrieval," wherein Wireless Seismic states:

4834-1130-7550.2

The RT 1000 acquires data in real-time just as conventional cabled systems do, but with all the advantages of the new cableless systems. With small, lightweight acquisition units and a structured radio-link backhaul architecture, the RT 1000 is scalable so that it can be configured for small 2-D surveys or large 3-D surveys.

At the heart of the RT 1000 system is the Wireless Remote Unit (WRU), a sophisticated data acquisition unit with a radio link. Weighing only seven pounds when configured with both batteries, deployment of the WRU is quick to learn and easy to accomplish, substantially reducing the operational costs and HSE risks long associated with conventional seismic acquisition. Virtually invisible, the WRU has no environmental impact, reducing permit and landowner issues. The lightweight WRU is also stackable, so that crew mobilization and demobilization is quick and easy as well.

Also, as evidenced in its May 31, 2012 press release "Wireless Seismic Launches RT System 2,"

wherein Wireless Seismic states:

Wireless Seismic, Inc. announced today the launch of RT System 2, a significantly upgraded version of the RT 1000 system that scales to 10,000+ channel configurations. RT System 2 delivers the flexibility and reduced operating costs inherent in cable-less systems along with the well-understood advantages of real-time cabled systems, including data security and data visibility. Seismic contractors no longer need to sacrifice real-time data return and risk compromising the quality and security of their data to get access to a high channel-count, cable-less system.

"The RT System 2 builds on the proven technology of the RT 1000 system," states Mick Lambert, President and COO of Wireless Seismic. "During the more than two dozen deployments of the RT 1000 in the Americas and Europe over the last couple of years, many of our clients have told us how much they liked the functionality and ease of use of the RT 1000 system. The primary request from these clients has been for a version of the system that can scale to very large channel counts. The RT System 2 is our response to these requests."

And, as evidenced in its September 17, 2013 press release "Wireless Seismic Announces First

Sale of 3-Channel RT System 2 to a Major Oilfield Service Company," wherein Wireless

Seismic states:

Wireless Seismic, Inc., the leading innovator of real-time and cable-less seismic data acquisition systems for the oil and gas industry, announced today the first sale of its 3-channel RT System 2 seismic data acquisition system to a major oilfield service company.  The 3-channel RT System 2 will be used on passive seismic monitoring projects, initially in the North American region.

The 3-channel wireless remote unit (3D-WRU) operates without cables and with ultra-low power consumption, in the same manner as Wireless Seismic's 1-channel WRU.  An extension to the company's proprietary 2.4 GHz radio technology has been developed that supports the transmission of seismic data from multiple channels housed within a single WRU and with geophones deployed at multiple depths.  With the addition of the 3C-WRU, RT System 2 can be deployed with a mixture of 1C and/or 3C surface arrays and 3C near-surface buried arrays, at scale, all managed interactively from a single central control system.

29.    Wireless Seismic has offered to sell and sold, and continues to offer and sell, the RT 1000 and/or the RT System 2 in the United States for use in practicing at least claims 1-5 and 7-18 of the '847 patent.  Wireless Seismic did so knowing that the RT 1000 and/or the RT System 2 are especially made and especially adapted for use in infringing at least claims 1-5 and 7-18 of the '847 patent and are not staple articles or commodities of commerce suitable for any substantial noninfringing use.

30.    The RT 1000 and/or the RT System 2 has no other non-infringing use as demonstrated by the description of the use and purpose of the RT 1000 and/or RT System 2 in the Wireless Seismic product announcement press releases quoted in ¶ 28, and as further demonstrated by the RT System 2 Technical Overview available at http://wirelessseismic.com/downloads/RTS2TechOverview.pdf, wherein Wireless Seismic describes the RT System 2 as a "seismic data acquisition system" with "data acquisition modules," an "infrastructure to transmit the seismic data from the distributed modules (using

11

wireless telemetry instead of cables)" where the "core acquisition unit is the Wireless Remote

Unit (WRU)" utilizing "a two-way radio" where "the range between WRUs is short" and "[e]ach

individual WRU receives data from the WRU further downstream and then sends both data sets

upstream to the next WRU" using "a technique called 'Frequency Hopping Spread Spectrum'"

which allows the transmitters to "jump among the available channels."

     31.    Accordingly, Wireless Seismic is liable to Fairfield as a contributory infringer of

the '847 patent under 35 U.S.C. § 271(c), both literally and under the doctrine of equivalents.

     32.    Wireless Seismic induces, and contributes to, the direct infringement of the '847

patent by its customers and end-users of the RT 1000 and/or the RT System 2, including but not

limited to: West Bay Geophysical, Inc., headquartered in Traverse City Michigan, as described

in its May 22, 2013 press release "Wireless Seismic Announces Sale of RT System 2 to West

Bay Geophysical;" Seismic Equipment Solutions, headquartered in Houston, Texas, as described

in its August 1, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by

Seismic Equipment Solutions;" Atlas Geophysics LLC, based in Newcastle, Texas, as described

in its September 10, 2013 press release "Wireless Seismic Announces Purchase of RT System 2

by Atlas Geophysics;" and, Zonge, purchaser of the RT 1000 in Boulder, Colorado, as described

in its November 8, 2010 press release "Wireless Seismic Announces Sale of Two RT 1000

Systems to Zonge."  Wireless Seismic induces, and contributes to, the direct infringement by its

several other customers and end users identified in its several press releases available at:

http://wirelessseismic.com/news.

     33.    Wireless Seismic's actions in supplying or causing to be supplied in or from the

United States, without authority, the RT 1000 and/or the RT System 2 and in actively inducing

others to use the RT 1000 and/or RT System 2 outside the United States constitutes active

inducement of at least claims 1-5 and 7-18 of the '847 patent in violation of 35 U.S.C. § 271(f)(1), both literally and under the doctrine of equivalents.

34.     Wireless Seismic, in actively inducing others to use the RT 1000 and/or RT System 2 outside the United States, specifically intends its customers to infringe the '847 patent, and knows that its customers' acts constitute infringement, as described in ¶ 28 above, and as evidenced by: (1) its September 20, 2012 press release "Wireless Seismic Announces First International RT System 2 Sale to Asian Oilfield Services Limited" wherein Wireless Seismic announces the sale of the RT System 2 to Asian Oilfield Services, Ltd. based in Gurgaon, India, its May 16, 2013 press release "Wireless Seismic Delivers 7,500-Channel RT System 2 to Asian Oilfield Services Limited" wherein Wireless Seismic announces the delivery of the RT System 2 to Asian Oilfield Services, Ltd., its October 16, 2013 press release "Wireless Seismic, Inc. Announces World Record for Real-Time Wireless Recording of Seismic Data" wherein Wireless Seismic announces the use of the RT System 2 by Asian Oilfield Services, Ltd. in the Kurdish Autonomous Region of Iraq (Kurdistan), its September 23, 2013 press release "Despite Challenges, Kurdistan Survey Successful" wherein Wireless Seismic provides photographic images of the RT System 2 deployed in Kurdistan and describes its practices that "[o]ne or more [Wireless Seismic] field service engineers are sent out with every system purchased until the customer is skilled enough to take over . . .", and its June 12, 2014 press release "ASIAN and Wireless Seismic Set World Record for Real-Time Wireless Recording of Seismic Data" wherein Wireless Seismic announces the use of the RT System 2 by Asian Oilfield Services, Ltd. in 2014 in Kurdistan; (2) its February 12, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Dawson Geophysical" wherein Wireless Seismic announces the purchase of its RT System 2 by Dawson Geophysical and describes Dawson Geophysical as "a

13

leading provider of seismic data acquisition and processing" in Canada; (3) its August 1, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Seismic Equipment Solutions" wherein Wireless Seismic announces the purchase of its RT System 2 by Seismic Equipment Solutions and describes Seismic Equipment Solutions as "a global leader in seismic equipment rentals" with "offices in Bogota, Colombia, and Calgary, Alberta, along with representatives in Moscow, London, and Jakarta"; (4) its July 31, 2013 press release "LoneStar Geophysical Canada and Wireless Seismic, Inc. Announce Collaboration in Canada" wherein Wireless Seismic announces a collaboration to provide the RT System 2 to LoneStar Geophysical Canada, headquartered in Calgary, Canada; (5) its May 29, 2014 press release "Gazprom Neft Pioneers Russian Implementation of 'Green' Seismic Survey" wherein Wireless Seismic announces the use of its RT System 2 by Gazprom Neft "during the spring of 2014 . . . in YNAD" [the Yamal-Nenets Autonomous District of Russia]; and (6) its June 17, 2014 press release "Wireless Seismic, Inc. and Geopartner Announce Purchase of RT System 2" wherein Wireless Seismic announces the purchase of its RT System 2 by Geopartner Sp. z o.o. based in Krakow Poland and Wireless Seismic's then-CEO Roy Kligfield further states the "sale to Geopartner marks the latest expansion in RT System 2's global reach."

35.    Wireless Seismic supplies and is causing to be supplied in or from the United States, without authority, the RT 1000 and/or the RT System 2 for use in practicing at least claims 1-5 and 7-18 of the '847 patent, by its customers and end-users including but not limited to the customers and end-users of the RT 1000 and/or the RT System 2 as described in ¶ 34. Wireless Seismic does so knowing that the RT 1000 and/or the RT System 2 are especially made and especially adapted for use in infringing at least claims 1-5 and 7-18 of the '847 patent and are not staple articles or commodities of commerce suitable for any substantial noninfringing

14

use, and Wireless Seismic intends that the RT 1000 and/or the RT System 2 will be used outside of the United States.

36.     The RT 1000 and/or the RT System 2 has no other non-infringing use as described in ¶ 30, and as further demonstrated by the technical literature available at http://wirelessseismic.com/literature wherein Wireless Seismic makes available both Russian and Chinese language versions of the literature.

37.     Accordingly, Wireless Seismic is liable to Fairfield as an infringer of the '847 patent under 35 U.S.C. § 271(f)(2), both literally and under the doctrine of equivalents.

38.     Wireless Seismic's infringing acts are willful in that Wireless Seismic had and has knowledge of Fairfield's rights under the '847 patent since at least June 15, 2012 when Fairfield provided Wireless Seismic with written notice of infringement.  Wireless Seismic nonetheless infringes, and actively induces and contributes to infringement by others of, at least claims 1-5 and 7-18 of the '847 patent.

39.     Wireless Seismic's infringement of the '847 patent has caused and will continue to cause Fairfield substantial damages and irreparable harm for which there is no adequate remedy at law.

## COUNT III

40.     On October 23, 2012, United States Patent No. 8,296,068 ("the '068 patent") entitled "Method for Transmission of Seismic Data" was duly and legally issued to Fairfield Industries Incorporated, with Clifford H. Ray and Glenn D. Fisseler as inventors. Fairfield is the owner of all right, title and interest in and to the '068 patent.  A copy of the '068 patent is attached as **Exhibit C**.

15

41.      Wireless Seismic's actions in making, using, selling and offering to sell the RT 1000 and/or the RT System 2 infringe claims 1-16 of the '068 patent, both literally and under the doctrine of equivalents.

42.      Fairfield has given Wireless Seismic written notice of infringement of the '068 patent by the RT1000 and RT System 2 at least as early as February 21, 2013, as part of negotiations and related discussions regarding Wireless Seismic's potential licensing of the '068 patent from Fairfield.

43.      Wireless Seismic's actions in making, using, selling and offering to sell the RT 1000 and/or the RT System 2 and in actively inducing others to use or sell the RT 1000 and/or the RT System 2 in the United States constitutes active inducement of claims 1-16 of the '068 patent in violation of 35 U.S.C. § 271(b), both literally and under the doctrine of equivalents.

44.      Wireless Seismic, in actively inducing others to use or sell the RT 1000 and/or RT System 2 in the United States, specifically intends its customers to infringe the '068 patent, and knows that its customers' acts constitute infringement, as evidenced in its October 17, 2010 press release "Wireless Seismic Unveils RT 1000 Wireless System With Real-time Data Retrieval," wherein Wireless Seismic states:

> The RT 1000 acquires data in real-time just as conventional cabled systems do, but with all the advantages of the new cableless systems. With small, lightweight acquisition units and a structured radio-link backhaul architecture, the RT 1000 is scalable so that it can be configured for small 2-D surveys or large 3-D surveys.
>
> At the heart of the RT 1000 system is the Wireless Remote Unit (WRU), a sophisticated data acquisition unit with a radio link. Weighing only seven pounds when configured with both batteries, deployment of the WRU is quick to learn and easy to accomplish, substantially reducing the operational costs and HSE risks long associated with conventional seismic acquisition. Virtually

16

> invisible, the WRU has no environmental impact, reducing permit and landowner issues. The lightweight WRU is also stackable, so that crew mobilization and demobilization is quick and easy as well.

Also, as evidenced in its May 31, 2012 press release "Wireless Seismic Launches RT System 2,"

wherein Wireless Seismic states:

> Wireless Seismic, Inc. announced today the launch of RT System 2, a significantly upgraded version of the RT 1000 system that scales to 10,000+ channel configurations. RT System 2 delivers the flexibility and reduced operating costs inherent in cable-less systems along with the well-understood advantages of real-time cabled systems, including data security and data visibility. Seismic contractors no longer need to sacrifice real-time data return and risk compromising the quality and security of their data to get access to a high channel-count, cable-less system.

> "The RT System 2 builds on the proven technology of the RT 1000 system," states Mick Lambert, President and COO of Wireless Seismic. "During the more than two dozen deployments of the RT 1000 in the Americas and Europe over the last couple of years, many of our clients have told us how much they liked the functionality and ease of use of the RT 1000 system. The primary request from these clients has been for a version of the system that can scale to very large channel counts. The RT System 2 is our response to these requests."

And, as evidenced in its September 17, 2013 press release "Wireless Seismic Announces First

Sale of 3-Channel RT System 2 to a Major Oilfield Service Company," wherein Wireless

Seismic states:

> Wireless Seismic, Inc., the leading innovator of real-time and cable-less seismic data acquisition systems for the oil and gas industry, announced today the first sale of its 3-channel RT System 2 seismic data acquisition system to a major oilfield service company.  The 3-channel RT System 2 will be used on passive seismic monitoring projects, initially in the North American region.

> The 3-channel wireless remote unit (3D-WRU) operates without cables and with ultra-low power consumption, in the same manner as Wireless Seismic's 1-channel WRU.  An extension to the company's proprietary 2.4 GHz radio technology has been

17

developed that supports the transmission of seismic data from multiple channels housed within a single WRU and with geophones deployed at multiple depths. With the addition of the 3C-WRU, RT System 2 can be deployed with a mixture of 1C and/or 3C surface arrays and 3C near-surface buried arrays, at scale, all managed interactively from a single central control system.

45.     Wireless Seismic has offered to sell and sold, and continues to offer and sell, the RT 1000 and/or the RT System 2 in the United States for use in practicing claims 1-16 of the '068 patent. Wireless Seismic did so knowing that the RT 1000 and/or the RT System 2 are especially made and especially adapted for use in infringing claims 1-16 of the '068 patent and are not staple articles or commodities of commerce suitable for any substantial noninfringing use.

46.     The RT 1000 and/or the RT System 2 has no other non-infringing use as demonstrated by the description of the use and purpose of the RT 1000 and/or RT System 2 in the Wireless Seismic product announcement press releases quoted in ¶ 44, and as further demonstrated by the RT System 2 Technical Overview available at http://wirelessseismic.com/downloads/RTS2TechOverview.pdf, wherein Wireless Seismic describes the RT System 2 as a "seismic data acquisition system" with "data acquisition modules," an "infrastructure to transmit the seismic data from the distributed modules (using wireless telemetry instead of cables)" where the "core acquisition unit is the Wireless Remote Unit (WRU)" utilizing "a two-way radio" where "the range between WRUs is short" and "[e]ach individual WRU receives data from the WRU further downstream and then sends both data sets upstream to the next WRU" using "a technique called 'Frequency Hopping Spread Spectrum'" which allows the transmitters to "jump among the available channels."

47.     Accordingly, Wireless Seismic is liable to Fairfield as a contributory infringer of the '068 patent under 35 U.S.C. § 271(c), both literally and under the doctrine of equivalents.

48.     Wireless Seismic induces, and contributes to, the direct infringement of the '068 patent by its customers and end-users of the RT 1000 and/or the RT System 2, including but not limited to: West Bay Geophysical, Inc., headquartered in Traverse City Michigan, as described in its May 22, 2013 press release "Wireless Seismic Announces Sale of RT System 2 to West Bay Geophysical;" Seismic Equipment Solutions, headquartered in Houston, Texas, as described in its August 1, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Seismic Equipment Solutions;" Atlas Geophysics LLC, based in Newcastle, Texas, as described in its September 10, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Atlas Geophysics;" and, Zonge, purchaser of the RT 1000 in Boulder, Colorado, as described in its November 8, 2010 press release "Wireless Seismic Announces Sale of Two RT 1000 Systems to Zonge."  Wireless Seismic induces, and contributes to, the direct infringement by its several other customers and end users identified in its several press releases available at: http://wirelessseismic.com/news.

49.     Wireless Seismic's actions in supplying or causing to be supplied in or from the United States, without authority, the RT 1000 and/or the RT System 2 and in actively inducing others to use the RT 1000 and/or RT System 2 outside the United States constitutes active inducement of claims 1-16 of the '068 patent in violation of 35 U.S.C. § 271(f)(1), both literally and under the doctrine of equivalents.

50.     Wireless Seismic, in actively inducing others to use the RT 1000 and/or RT System 2 outside the United States, specifically intends its customers to infringe the '068 patent, and knows that its customers' acts constitute infringement, as described in ¶ 44 above, and as

evidenced by: (1) its September 20, 2012 press release "Wireless Seismic Announces First International RT System 2 Sale to Asian Oilfield Services Limited" wherein Wireless Seismic announces the sale of the RT System 2 to Asian Oilfield Services, Ltd. based in Gurgaon, India, its May 16, 2013 press release "Wireless Seismic Delivers 7,500-Channel RT System 2 to Asian Oilfield Services Limited" wherein Wireless Seismic announces the delivery of the RT System 2 to Asian Oilfield Services, Ltd., its October 16, 2013 press release "Wireless Seismic, Inc. Announces World Record for Real-Time Wireless Recording of Seismic Data" wherein Wireless Seismic announces the use of the RT System 2 by Asian Oilfield Services, Ltd. in the Kurdish Autonomous Region of Iraq (Kurdistan), its September 23, 2013 press release "Despite Challenges, Kurdistan Survey Successful" wherein Wireless Seismic provides photographic images of the RT System 2 deployed in Kurdistan and describes its practices that "[o]ne or more [Wireless Seismic] field service engineers are sent out with every system purchased until the customer is skilled enough to take over . . .", and its June 12, 2014 press release "ASIAN and Wireless Seismic Set World Record for Real-Time Wireless Recording of Seismic Data" wherein Wireless Seismic announces the use of the RT System 2 by Asian Oilfield Services, Ltd. in 2014 in Kurdistan; (2) its February 12, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Dawson Geophysical" wherein Wireless Seismic announces the purchase of its RT System 2 by Dawson Geophysical and describes Dawson Geophysical as "a leading provider of seismic data acquisition and processing" in Canada; (3) its August 1, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Seismic Equipment Solutions" wherein Wireless Seismic announces the purchase of its RT System 2 by Seismic Equipment Solutions and describes Seismic Equipment Solutions as "a global leader in seismic equipment rentals" with "offices in Bogota, Colombia, and Calgary, Alberta, along with

20

representatives in Moscow, London, and Jakarta"; (4) its July 31, 2013 press release "LoneStar Geophysical Canada and Wireless Seismic, Inc. Announce Collaboration in Canada" wherein Wireless Seismic announces a collaboration to provide the RT System 2 to LoneStar Geophysical Canada, headquartered in Calgary, Canada; (5) its May 29, 2014 press release "Gazprom Neft Pioneers Russian Implementation of 'Green' Seismic Survey" wherein Wireless Seismic announces the use of its RT System 2 by Gazprom Neft "during the spring of 2014 . . . in YNAD" [the Yamal-Nenets Autonomous District of Russia]; and (6) its June 17, 2014 press release "Wireless Seismic, Inc. and Geopartner Announce Purchase of RT System 2" wherein Wireless Seismic announces the purchase of its RT System 2 by Geopartner Sp. z o.o. based in Krakow Poland and Wireless Seismic's then-CEO Roy Kligfield further states the "sale to Geopartner marks the latest expansion in RT System 2's global reach."

51.     Wireless Seismic supplies and is causing to be supplied in or from the United States, without authority, the RT 1000 and/or the RT System 2 for use in practicing claims 1-16 of the '068 patent, by its customers and end-users including but not limited to the customers and end-users of the RT 1000 and/or the RT System 2 as described in ¶ 50.  Wireless Seismic does so knowing that the RT 1000 and/or the RT System 2 are especially made and especially adapted for use in infringing claims 1-16 of the '068 patent and are not staple articles or commodities of commerce suitable for any substantial noninfringing use, and Wireless Seismic intends that the RT 1000 and/or the RT System 2 will be used outside of the United States.

52.     The RT 1000 and/or the RT System 2 has no other non-infringing use as described in ¶ 46, and as further demonstrated by the technical literature available at http://wirelessseismic.com/literature wherein Wireless Seismic makes available both Russian and Chinese language versions of the literature.

21

53.     Accordingly, Wireless Seismic is liable to Fairfield as an infringer of the '068 patent under 35 U.S.C. § 271(f)(2), both literally and under the doctrine of equivalents.

54.     Wireless Seismic's infringing acts are willful in that Wireless Seismic had and has knowledge of Fairfield's rights under the '068 patent since at least February 21, 2013 when Fairfield provided Wireless Seismic with written notice of infringement.  Wireless Seismic nonetheless infringes, and actively induces and contributes to infringement by others of, claims 1-16 of the '068 patent.

55.     Wireless Seismic's infringement of the '068 patent has caused and will continue to cause Fairfield substantial damages and irreparable harm for which there is no adequate remedy at law.

## COUNT IV

56.     On February 4, 2014, United States Patent No. 8,644,111 ("the '111 patent") entitled "Method and System for Transmission of Seismic Data" was duly and legally issued to Fairfield Industries Incorporated, with Clifford H. Ray and Glenn D. Fisseler as inventors. Fairfield is the owner of all right, title and interest in and to the '111 patent.  A copy of the '111 patent is attached as **Exhibit D**.

57.     Wireless Seismic's actions in making, using, selling and offering to sell the RT 1000 and/or the RT System 2 infringe claims 1-30 of the '111 patent, both literally and under the doctrine of equivalents.

58.     Fairfield has given Wireless Seismic written notice of infringement of the '111 patent by the RT1000 and RT System 2 at least as early as February 12, 2014, and was previously part of negotiations and related discussions at least as early as November 1, 2013,

22

regarding Wireless Seismic's potential licensing of the '111 patent from Fairfield while pending as Application No. 13/569,990.

59.     Wireless Seismic's actions in making, using, selling and offering to sell the RT 1000 and/or the RT System 2 and in actively inducing others to use or sell the RT 1000 and/or the RT System 2 in the United States constitutes active inducement of claims 1-30 of the '111 patent in violation of 35 U.S.C. § 271(b), both literally and under the doctrine of equivalents.

60.     Wireless Seismic, in actively inducing others to use or sell the RT 1000 and/or RT System 2 in the United States, specifically intends its customers to infringe the '111 patent, and knows that its customers' acts constitute infringement, as evidenced in its October 17, 2010 press release "Wireless Seismic Unveils RT 1000 Wireless System With Real-time Data Retrieval," wherein Wireless Seismic states:

> The RT 1000 acquires data in real-time just as conventional cabled systems do, but with all the advantages of the new cableless systems. With small, lightweight acquisition units and a structured radio-link backhaul architecture, the RT 1000 is scalable so that it can be configured for small 2-D surveys or large 3-D surveys.

> At the heart of the RT 1000 system is the Wireless Remote Unit (WRU), a sophisticated data acquisition unit with a radio link. Weighing only seven pounds when configured with both batteries, deployment of the WRU is quick to learn and easy to accomplish, substantially reducing the operational costs and HSE risks long associated with conventional seismic acquisition. Virtually invisible, the WRU has no environmental impact, reducing permit and landowner issues. The lightweight WRU is also stackable, so that crew mobilization and demobilization is quick and easy as well.

As evidenced in its May 31, 2012 press release "Wireless Seismic Launches RT System 2," wherein Wireless Seismic states:

23

Wireless Seismic, Inc. announced today the launch of RT System 2, a significantly upgraded version of the RT 1000 system that scales to 10,000+ channel configurations. RT System 2 delivers the flexibility and reduced operating costs inherent in cable-less systems along with the well-understood advantages of real-time cabled systems, including data security and data visibility. Seismic contractors no longer need to sacrifice real-time data return and risk compromising the quality and security of their data to get access to a high channel-count, cable-less system.

"The RT System 2 builds on the proven technology of the RT 1000 system," states Mick Lambert, President and COO of Wireless Seismic. "During the more than two dozen deployments of the RT 1000 in the Americas and Europe over the last couple of years, many of our clients have told us how much they liked the functionality and ease of use of the RT 1000 system. The primary request from these clients has been for a version of the system that can scale to very large channel counts. The RT System 2 is our response to these requests."

Also, as evidenced in its September 17, 2013 press release "Wireless Seismic Announces First

Sale of 3-Channel RT System 2 to a Major Oilfield Service Company," wherein Wireless

Seismic states:

Wireless Seismic, Inc., the leading innovator of real-time and cable-less seismic data acquisition systems for the oil and gas industry, announced today the first sale of its 3-channel RT System 2 seismic data acquisition system to a major oilfield service company.  The 3-channel RT System 2 will be used on passive seismic monitoring projects, initially in the North American region.

The 3-channel wireless remote unit (3D-WRU) operates without cables and with ultra-low power consumption, in the same manner as Wireless Seismic's 1-channel WRU.   An extension to the company's proprietary 2.4 GHz radio technology has been developed that supports the transmission of seismic data from multiple channels housed within a single WRU and with geophones deployed at multiple depths.  With the addition of the 3C-WRU, RT System 2 can be deployed with a mixture of 1C and/or 3C surface arrays and 3C near-surface buried arrays, at scale, all managed interactively from a single central control system.

24

And, upon information and belief, by continuing to sell and offer for sale the RT 1000 and/or RT System 2 in the United States after the written notice of infringement of the '111 patent.

61.     Wireless Seismic has offered to sell and sold, and continues to offer and sell, the RT 1000 and/or the RT System 2 in the United States for use in practicing claims 1-30 of the '111 patent.  Wireless Seismic did so knowing that the RT 1000 and/or the RT System 2 are especially made and especially adapted for use in infringing claims 1-30 of the '111 patent and are not staple articles or commodities of commerce suitable for any substantial noninfringing use.

62.     The RT 1000 and/or the RT System 2 has no other non-infringing use as demonstrated by the description of the use and purpose of the RT 1000 and/or RT System 2 in the Wireless Seismic product announcement press releases quoted in ¶ 60, and as further demonstrated by the RT System 2 Technical Overview available at http://wirelessseismic.com/downloads/RTS2TechOverview.pdf, wherein Wireless Seismic describes the RT System 2 as a "seismic data acquisition system" with "data acquisition modules," an "infrastructure to transmit the seismic data from the distributed modules (using wireless telemetry instead of cables)" where the "core acquisition unit is the Wireless Remote Unit (WRU)" utilizing "a two-way radio" where "the range between WRUs is short" and "[e]ach individual WRU receives data from the WRU further downstream and then sends both data sets upstream to the next WRU" using "a technique called 'Frequency Hopping Spread Spectrum'" which allows the transmitters to "jump among the available channels."

63.     Accordingly, Wireless Seismic is liable to Fairfield as a contributory infringer of the '111 patent under 35 U.S.C. § 271(c), both literally and under the doctrine of equivalents.

4834-1130-7550.2

64.     Wireless Seismic induces, and contributes to, the direct infringement of the '111 patent by its customers and end-users of the RT 1000 and/or the RT System 2, including but not limited to: West Bay Geophysical, Inc., headquartered in Traverse City Michigan, as described in its May 22, 2013 press release "Wireless Seismic Announces Sale of RT System 2 to West Bay Geophysical;" Seismic Equipment Solutions, headquartered in Houston, Texas, as described in its August 1, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Seismic Equipment Solutions;" Atlas Geophysics LLC, based in Newcastle, Texas, as described in its September 10, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Atlas Geophysics;" and, Zonge, purchaser of the RT 1000 in Boulder, Colorado, as described in its November 8, 2010 press release "Wireless Seismic Announces Sale of Two RT 1000 Systems to Zonge."  Wireless Seismic induces, and contributes to, the direct infringement by its several other customers and end users identified in its several press releases available at: http://wirelessseismic.com/news.

65.     Wireless Seismic's actions in supplying or causing to be supplied in or from the United States, without authority, the RT 1000 and/or the RT System 2 and in actively inducing others to use the RT 1000 and/or RT System 2 outside the United States constitutes active inducement of claims 1-30 of the '111 patent in violation of 35 U.S.C. § 271(f)(1), both literally and under the doctrine of equivalents.

66.     Wireless Seismic, in actively inducing others to use the RT 1000 and/or RT System 2 outside the United States, specifically intends its customers to infringe the '111 patent, and knows that its customers' acts constitute infringement, as described in ¶ 60 above, and as evidenced by: (1) its September 20, 2012 press release "Wireless Seismic Announces First International RT System 2 Sale to Asian Oilfield Services Limited" wherein Wireless Seismic

announces the sale of the RT System 2 to Asian Oilfield Services, Ltd. based in Gurgaon, India, its May 16, 2013 press release "Wireless Seismic Delivers 7,500-Channel RT System 2 to Asian Oilfield Services Limited" wherein Wireless Seismic announces the delivery of the RT System 2 to Asian Oilfield Services, Ltd., its October 16, 2013 press release "Wireless Seismic, Inc. Announces World Record for Real-Time Wireless Recording of Seismic Data" wherein Wireless Seismic announces the use of the RT System 2 by Asian Oilfield Services, Ltd. in the Kurdish Autonomous Region of Iraq (Kurdistan), its September 23, 2013 press release "Despite Challenges, Kurdistan Survey Successful" wherein Wireless Seismic provides photographic images of the RT System 2 deployed in Kurdistan and describes its practices that "[o]ne or more [Wireless Seismic] field service engineers are sent out with every system purchased until the customer is skilled enough to take over . . .", and its June 12, 2014 press release "ASIAN and Wireless Seismic Set World Record for Real-Time Wireless Recording of Seismic Data" wherein Wireless Seismic announces the use of the RT System 2 by Asian Oilfield Services, Ltd. in 2014 in Kurdistan; (2) its February 12, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Dawson Geophysical" wherein Wireless Seismic announces the purchase of its RT System 2 by Dawson Geophysical and describes Dawson Geophysical as "a leading provider of seismic data acquisition and processing" in Canada; (3) its August 1, 2013 press release "Wireless Seismic Announces Purchase of RT System 2 by Seismic Equipment Solutions" wherein Wireless Seismic announces the purchase of its RT System 2 by Seismic Equipment Solutions and describes Seismic Equipment Solutions as "a global leader in seismic equipment rentals" with "offices in Bogota, Colombia, and Calgary, Alberta, along with representatives in Moscow, London, and Jakarta"; (4) its July 31, 2013 press release "LoneStar Geophysical Canada and Wireless Seismic, Inc. Announce Collaboration in Canada" wherein

27

Wireless Seismic announces a collaboration to provide the RT System 2 to LoneStar Geophysical Canada, headquartered in Calgary, Canada; (5) its May 29, 2014 press release "Gazprom Neft Pioneers Russian Implementation of 'Green' Seismic Survey" wherein Wireless Seismic announces the use of its RT System 2 by Gazprom Neft "during the spring of 2014 . . . in YNAD" [the Yamal-Nenets Autonomous District of Russia]; and (6) its June 17, 2014 press release "Wireless Seismic, Inc. and Geopartner Announce Purchase of RT System 2" wherein Wireless Seismic announces the purchase of its RT System 2 by Geopartner Sp. z o.o. based in Krakow Poland and Wireless Seismic's then-CEO Roy Kligfield further states the "sale to Geopartner marks the latest expansion in RT System 2's global reach."

67.     Wireless Seismic supplies and is causing to be supplied in or from the United States, without authority, the RT 1000 and/or the RT System 2 for use in practicing claims 1-30 of the '111 patent, by its customers and end-users including but not limited to the customers and end-users of the RT 1000 and/or the RT System 2 as described in ¶ 66.  Wireless Seismic does so knowing that the RT 1000 and/or the RT System 2 are especially made and especially adapted for use in infringing claims 1-30 of the '111 patent and are not staple articles or commodities of commerce suitable for any substantial noninfringing use, and Wireless Seismic intends that the RT 1000 and/or the RT System 2 will be used outside of the United States.

68.     The RT 1000 and/or the RT System 2 has no other non-infringing use as described in ¶ 62, and as further demonstrated by the technical literature available at http://wirelessseismic.com/literature wherein Wireless Seismic makes available both Russian and Chinese language versions of the literature.

69.     Accordingly, Wireless Seismic is liable to Fairfield as an infringer of the '111 patent under 35 U.S.C. § 271(f)(2), both literally and under the doctrine of equivalents.

70.     Wireless Seismic's infringing acts are willful in that Wireless Seismic had and has knowledge of Fairfield's rights under the '111 patent since at least February 12, 2014 when Fairfield provided Wireless Seismic with written notice of infringement.  Wireless Seismic nonetheless infringes, and actively induces and contributes to infringement by others of, claims 1-30 of the '111 patent.

71.     Wireless Seismic's infringement of the '111 patent has caused and will continue to cause Fairfield substantial damages and irreparable harm for which there is no adequate remedy at law.

## DEMAND FOR JURY TRIAL

72.     Fairfield hereby demands a jury trial on all issues properly tried to a jury.

## PRAYER FOR RELIEF

WHEREFORE, Fairfield respectfully requests that this Court enter judgment in its favor and grant the following relief:

A.     A judgment that Wireless Seismic infringes the '028 patent under 35 U.S.C. §§ 271(a), (b), (c) and (f) both literally and under the doctrine of equivalents.

B.     A judgment that Wireless Seismic infringes the '847 patent under 35 U.S.C. §§ 271(a), (b), (c) and (f) both literally and under the doctrine of equivalents.

C.     A judgment that Wireless Seismic infringes the '068 patent under 35 U.S.C. §§ 271(a), (b), (c) and (f) both literally and under the doctrine of equivalents.

D.     A judgment that Wireless Seismic infringes the '111 patent under 35 U.S.C. §§ 271(a), (b), (c) and (f) both literally and under the doctrine of equivalents.

E.     A permanent injunction enjoining Wireless Seismic and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all

those acting for any of them or on their behalf, or acting in concert with them, from further infringement of the '028 patent, the '847 patent, the '068 patent and the '111 patent.

F.      A judgment that Wireless Seismic's infringement has been willful.

G.      An award of attorneys' fees incurred in prosecuting this action, on the basis that this is an exceptional case.

H.      A judgment and order requiring Wireless Seismic to pay Fairfield damages under 35 U.S.C. § 284, including supplemental damages for any continuing post-verdict infringement up until entry of the final judgment, with an accounting, as needed, and treble damages for willful infringement as provided by 35 U.S.C. § 284.

I.      A judgment and order requiring Wireless Seismic to pay Fairfield the cost of this action (including all disbursements).

J.      A judgment and order requiring Wireless Seismic to pay Fairfield pre-judgment and post-judgment interest on the damages awarded.

K.      Further relief as the Court may deem just and proper.

4834-1130-7550.2

Dated:   September 16, 2014          Respectfully submitted,


  /s/ Allen A. Arntsen             
Allen A. Arntsen WI Bar No. 1015038
Connor A. Sabatino WI Bar No. 1074318
**Foley & Lardner LLP**
Suite 5000
150 East Gilman Street
Madison, WI 53703-1482
Post Office Box 1497
Madison, WI 53703-1497
608.257.5035
608.258.4258

Guy N. Harrison TX Bar No. 00000077
**Harrison Law Firm**
217 N. Center Street
Longview, Texas 75606
Ph: (903) 758-7361
Fax: (903) 753-9557
guy@gnhlaw.com and
cj-gnharrison@att.net

*Attorneys for Plaintiff,*
*Fairfield Industries Incorporated*

31

## Certificate of service

The undersigned certifies that on this 16th day of September 2014 a true and correct copy of the above document has been served on all counsel of record who have consented to electronic service via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

 /s/ Guy N. Harrison
Guy N. Harrison